

# Fourth Court of Appeals
## San Antonio, Texas
December 5, 2017

No. 04-17-00793-CV

**IN RE Maria V. LARA and Maria A. Villarreal**

Original Mandamus Proceeding[1]

**ORDER**

Sitting:     Marialyn Barnard, Justice
             Luz Elena D. Chapa, Justice
             Irene Rios, Justice

On December 4, 2017, relators filed a petition for writ of mandamus and a motion for emergency temporary relief. This court is of the opinion that a serious question concerning the mandamus relief sought requires further consideration. *See* TEX. R. APP. P. 52.8(b). **The respondent and the real parties in interest may file a response to the petition for writ of mandamus in this court no later than December 18, 2017.** Any such response must conform to Texas Rule of Appellate Procedure 52.4.

Relators' request for temporary emergency relief is GRANTED. The trial court's November 30, 2017 Order Granting Defendants' Emergency Motion to (1) Compel Deposition of Plaintiff Maria A. Villarreal; (2) Request Release of All Medical Records in Court's Possession; (3) Amend Court's Order of November 16, 2017; and (4) Compel the Production of Plaintiffs' Medical Records from Dr. Eduardo Carlos Canova is STAYED pending final resolution of the petition filed in this court.

It is further ORDERED that any medical records released to the real parties in interest pursuant to the November 30, 2017 order be returned to the trial court immediately.

It is so **ORDERED** on December 5, 2017.

**PER CURIAM**

ATTESTED BY: _____
Keith E. Hottle
Clerk of Court

---

[1] This proceeding arises out of Cause No. 2016-CVT-001811-D4, styled *Maria V. Lara and Maria A. Villarreal v. Enrique Hernandez and RDZ Oilfield Lease Services, Inc.*, pending in the 406th Judicial District Court, Webb County, Texas, the Honorable Oscar J. Hale, Jr. presiding.